```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                         CASE NO. 07 B 01825
   DEWAYNE JONES
   DAPHNE SIMMONS JONES                        CHAPTER 13

                                               JUDGE: JACQUELINE P COX

         Debtor
   SSN XXX-XX-9969      SSN XXX-XX-8171

--------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
     The case was filed on 02/02/2007 and was confirmed 06/04/2007.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.00%.

     The case was dismissed after confirmation 01/14/2008.
--------------------------------------------------------------------------------
CREDITOR NAME               CLASS             CLAIM AMOUNT      INTEREST      PRINCIPAL
                                                                  PAID          PAID
--------------------------------------------------------------------------------
AMERICAS SERVICING CO      CURRENT MORTG          .00             .00           .00
DAIMLER CHRYSLER FINANCI   SECURED VEHIC          .00             .00           .00
CHRYSLER CREDIT            UNSECURED        NOT FILED             .00           .00
DELL FINANCIAL SERVICES    SECURED             500.00            7.11         67.89
DELL FINANCIAL SERVICES    UNSECURED           890.27             .00           .00
HSBC MORTGAGE SERVICES     CURRENT MORTG          .00             .00           .00
WELLS FARGO AUTO FINANCE   SECURED VEHIC      5250.00          111.68        754.80
WELLS FARGO AUTO FINANCE   UNSECURED          8633.23             .00           .00
SPRINT-NEXTEL CORP         UNSECURED           328.09             .00           .00
CAPITAL ONE                UNSECURED           534.18             .00           .00
ECAST SETTLEMENT CORP      UNSECURED           461.07             .00           .00
ECMC                       UNSECURED         19881.72             .00           .00
EDFINANCIAL SERVICES       UNSECURED         17416.11             .00           .00
EDSOUTH W/JP MORGAN        UNSECURED        NOT FILED             .00           .00
EDSOUTH W/JP MORGAN        UNSECURED        NOT FILED             .00           .00
EDSOUTH W/JP MORGAN        UNSECURED        NOT FILED             .00           .00
EDSOUTH W/JP MORGAN        UNSECURED        NOT FILED             .00           .00
EDSOUTH W/JP MORGAN        UNSECURED        NOT FILED             .00           .00
COMCAST CABLE              UNSECURED        NOT FILED             .00           .00
COMCAST CABLE              UNSECURED        NOT FILED             .00           .00
GE CONSUMER FINANCE        UNSECURED           108.67             .00           .00
ECAST SETTLEMENT CORP      UNSECURED           284.15             .00           .00
HSBC NV                    UNSECURED        NOT FILED             .00           .00
NICOR GAS                  UNSECURED        NOT FILED             .00           .00
PALISADES COLLECTION LLC   UNSECURED          2091.11             .00           .00
ROBERT MORRIS COLLEGE      UNSECURED        NOT FILED             .00           .00
SALLIE MAE LSCF            UNSECURED        NOT FILED             .00           .00
US DEPT OF EDUCATION       UNSECURED          9695.80             .00           .00
ASSET ACCEPTANCE LLC       UNSECURED          2531.63             .00           .00
AMERICAS SERVICING CO      MORTGAGE ARRE          .00             .00           .00
HSBC MORTGAGE SERVICES     MORTGAGE ARRE       872.97             .00           .00
CAPITAL ONE                UNSECURED          1444.34             .00           .00

                    PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 07 B 01825 DEWAYNE JONES & DAPHNE SIMMONS JONES
```

```
ROBERT J SEMRAD & ASSOC   REIMBURSEMENT        9.00                .00           9.00
NCO FINANCIAL             UNSECURED          643.82                .00            .00
ILLINOIS DEPT OF REVENUE  UNSECURED             .00                .00            .00
ROBERT J SEMRAD & ASSOC   DEBTOR ATTY      2,830.00                            176.28
TOM VAUGHN                TRUSTEE                                               80.20
DEBTOR REFUND             REFUND                                                  .00
```

        Summary of Receipts and Disbursements:
    ------------------------------------------------------------------------------
                         RECEIPTS            DISBURSEMENTS
    ------------------------------------------------------------------------------
    TRUSTEE              1,206.96

    PRIORITY                                       9.00
    SECURED                                      822.69
        INTEREST                                 118.79
    UNSECURED                                       .00
    ADMINISTRATIVE                               176.28
    TRUSTEE COMPENSATION                          80.20
    DEBTOR REFUND                                   .00
                         ---------------      ---------------
    TOTALS               1,206.96              1,206.96

   Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.


    Dated: 04/23/08                    /s/ Tom Vaughn
                                       _____
                                       TOM VAUGHN
                                       CHAPTER 13 TRUSTEE